E-FILED
Monday, 09 March, 2020  05:38:56 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT A

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit courts.

| STATE OF ILLINOIS, CIRCUIT COURT _Marshall_ COUNTY | NOTICE OF COURT DATE | For Court Use Only |
|---|---|---|

**Instructions ▾**

| | |
|---|---|
| Directly above, enter the name of the county where the case was filed. | _David Davis_ **Plaintiff / Petitioner** (*First, middle, last name*) |
| Enter the name of the person who started the lawsuit as Plaintiff/Petitioner. | |
| Enter the name of the person being sued as Defendant/Respondent. | v. |
| Enter the Case Number given by the Circuit Clerk. | _Wells Fargo Bank NA_ **Defendant / Respondent** (*First, middle, last name*) |

For Court Use Only:

**FILED**
CIRCUIT COURT MARSHALL COUNTY, IL
FEB 0 3 2020
_Gina M Rae_
CLERK OF THE CIRCUIT COURT

Case Number: _2020 L 01_

**1.  Hearing Information**

The reasons for this hearing are listed in the attached papers called *Motion*.

The hearing for the *Motion* I filed is scheduled for:

| | |
|---|---|
| In **1a**, enter the date and time of your hearing. The Circuit Clerk will give you the date and time of the hearing when you file your *Motion*. | a.  Date: _March 11_ , 20 _20_  Time: _9:30_  ☒ a.m.  ☐ p.m. |
| In **1b**, also enter the address of the court and court room number for the hearing. | b.  Address: _122 N Prairie St._ _Lacnu_ _IL_ _61540_ <br>           *Street*       *City*       *State*       *ZIP* <br> Courtroom: _A_ |

| | |
|---|---|
| Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony. | **I certify that everything in the *Notice of Court Date for Motion* is true and correct. I understand that making a false statement on this form is perjury and has penalties provided by law under 735 ILCS 5/1-109.** |
| If you are completing this form on a computer, sign your name by typing it.  If you are completing it by hand, sign and print your name. | /s/ _____ <br> *Your Signature* <br><br> _David A Davis_ <br> *Print Your Name* <br> _309 253 0102_ <br> *Telephone* |
| Enter your complete current address and telephone number. | _P.O. Box 222_ <br> *Street Address* <br><br> _Lacon, IL 61540_ <br> *City, State, ZIP* |

Page 1 of 3   (01/18)

COPY

FILED
CIRCUIT COURT MARSHALL COUNTY, IL
Date: 1/16/2020 11:46 AM
GINA M. NOE
CLERK OF THE CIRCUIT COURT

**In the Circuit Court of Record land area**
**(a Constitutional Court under Article III, sec. 2 clause 1**
**of the original jurisdiction, not the STATE OF corporation) being a court of record in**
**exclusive common law in MARSHALL County**

I, David Alan Davis, a man;
*Claimant/Plaintiff*

Nature of case: Tort Claim

Claim: New Lien Credit Agreement
Payoff Contract Property; Criminal
Fraud in the Factum, RICO Conspiracy;
Lack of Jurisdiction

Case NO.

WELLS FARGO BANK, N.A.
Respondents/Defendants

(verified)
*Court Hearing and Trial By Jury Requested*

---

**Motion and Judicial Notice to enforce the bank's new accepted Credit Agreement Contract and**
**request/require/demand: a court of record common law speedy trial by jury Inviolate for fraud and want of**
**jurisdiction**

Now comes D a v i d   A l a n   D a v i s, Claimant/Plaintiff, a harmed and Injured Victim, requesting the court to

enforce the Respondents/Defendants' received, signed, and accepted Lien Release and Credit Agreement Payoff

Security Contract, CAP Security, NOTE Property under the Tender Act and Financial Discrimination Civil Rights

for intentional Breach of contract and intentional Default of the TERMS AND CONDITIONS of debt account #: 0478247729 and

other things by not following and intentionally avoiding the Terms and Conditions of said Lien Credit Agreement Payoff

Security Instrument Contract NOTE and Debt Lien Release and Satisfaction of Property. All offers are

accepted for honor pursuant to 40 Stat 411, Section 7(e) and 50 USC §4305 (b) (2).

Claimant/Plaintiff has first-hand knowledge as a harmed, and Injured Victim, competent first hand witness claims Respondents/Defendants

breached and defaulted the TERMS AND CONDITIONS of their new Credit Agreement Payoff Security instrument

and debt lien security credit agreement and counterclaim Security NOTE and Mortgage Lien Payoff Credit Agreement

contract that made the original, outdated 2014 alleged and presumed Note and Mortgage contracts NULL and VOID when

Respondents/Defendants accepted the new Lien Credit Agreement Payoff Security Contract NOTE as Property

settlement, by not fulfilling *CLAIMANTS* new authorized and accepted counter claim Credit Agreement Payoff Security

contract Terms and Conditions. **(EXHIBIT "A" copy of Respondents/Defendants' received and accepted breached**

**and defaulted contracts).** Respondents/Defendants disrespected said Lien Credit Agreement Payoff

Security Instrument and Debt Lawful Contract Security, the new Credit Agreement Payoff NOTE

did and does harm and injure Claimant's Mortgage Credit Agreement Payoff Security and Mortgage

lien Release/Satisfaction of property and good name. Claimant requests an enforcement of the Lien



Release, Satisfaction, and Credit Agreement Payoff Security Instrument NOTE and Debt Lien

Release/Satisfaction of Property plus damages and compensation for the refusal to follow the **TERMS**

**AND CONDITIONS** of the Credit Agreement Payoff Security Instrument NOTE resulting in breach,

default, harm and injury to me.

Sincerely,



By: _____          DATE: 23 **December 2019**

i: **David Alan Davis**, GENERAL EXECUTOR and BENEFICIARY of the

**DAVID ALAN DAVIS ESTATE and TRUST of Illinois** with first-hand knowledge as a

harmed and injured victim, a competent first-hand witness claims with *Reservation of Rights, Illinois*

*Statutes, (810 ILCS 5)*. All offers are accepted for honor pursuant to 40 Stat 411, Section 7(e) and 50

USC §4305 (b) (2)..

(Performance or acceptance under reservation of rights) whose address is:

David Alan Davis, 508 N. Center Street, Lacon, IL 61540
Non-Domestic, WITHOUT THE MILITARY UNITED STATES
     Telephone: (309) 253-0102   Email: david_a_davis@yahoo.com


**JURAT AND OATH**

Illinois state          )
County of Marshall  ) ss                              Autograph

Sworn to (or affirmed) and subscribed before me on this _____ **10** **day of**
_January_       2019 by _Erin Olson_         , proved to me on the
basis of satisfactory evidence to be one of the people who appeared before me
and executed the forgoing instrument for the purpose stated therein and
acknowledged that said execution was by his free act and deed.

_____ Signature of Notary Public, **SEAL,**

ERIN LYNN OLSON
"OFFICIAL SEAL"
My Commission Expires
March 26, 2020

Independent Third Party Federal Witness and Assistant Illinois
Attorney General Appointed by the Governor as an officer of the court.
**VOID** where prohibited by Law. All offers are accepted for honor pursuant to 40 Stat 411,
Section 7(e) and 50 USC §4305 (b) (2).

The above noted Certifying NOTARY PUBLIC is not an attorney licensed to practice
law in any State and has not given legal advice or accepted fees for legal advice;
provided any assistance in the preparation of the above referenced document; nor has
any interest in any issue referenced therein. The above noted Certified NOTARY
PUBLIC is NOT a party to this action and is ONLY acting in an authorized capacity,
requested as a third-party witness to CERTIFY the signature(s) indicated herein, in
accordance with Notary Protest, which is a Law of the Sea and Maritime Admiralty
law CONCERNING A SECURITY INSTRUMENT, PROMISSORY NOTE., or Bill of



Exchange Bankers Note. The Certifying NOTARY is an independent contractor and is not a party to this claim. In fact, the Certifying NOTARY is a Federal Witness, pursuant to U.S.C. TITLE 18, PART I, CHAPTER 73, sec. 1512 – Tampering with a witness, victim, or an informant. The Certifying NOTARY also performs the functions of a Quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal Regulations as an Officer of the Executive Department of the UNITED STATES Government. The Noted Certifying NOTARY is a State Official; Officer of the Court; and a Deputy Secretary of State, Appointed and Commissioned by the State Governor, with Representative Authority to issue Notary Protest Certificates of Default and Summary Judgment under the Administrative Procedure Act of 1946, and, thereby, authorized to issue a Notary Protest on Negotiable Security Instruments, Promissory Notes, bills of exchange, Bankers Note, Stocks, and Bonds.

**COPY**

FILED
CIRCUIT COURT MARSHALL COUNTY, IL
Date: 1/16/2020 11:46 AM
GINA M. NOE
CLERK OF THE CIRCUIT COURT

**VERIFIED AFFIDAVIT OF INJURY**

Based upon actual first-hand knowledge of WRONGDOER's simple bilateral contract acceptance and receipt of a verified negotiable security debt payoff, me, David Alan Davis, Jus soli, a harmed and injured living human man born and standing on dry soil, on dry ground, on dry land in the State of Illinois under Common Law in CLAIM of INJURY, the non-Attorney common law court of record PROSECUTOR (Not as a Pro Se or Plaintiff as this is, as a non-Attorney, non-fact based Complaint), states the following:

1. That an actual controversy does exist.

2. The said wrongdoer(s) trespass upon my property;

3. The causal agent of the trespass, comes by way of a dated December 13, 2019, simple

bilateral contract Default and Breach of the terms and conditions of the New

WRONGDOER's, WELLS FARGO BANK N.A.'s, Authorized, Received, and Accepted new

**Credit Agreement Payoff Security** that has paid off with Full Set Off, Settlement of

Account, and full closure of claimed debt account # 0478247729, and a Simple Bilateral

Credit Agreement that nulls and voids the claimed original non-bank signed or accepted Debt

Contract and Negotiable Security NOTE money and WRONGDOER's asset with

WRONGDOER'S intentional lawlessness Contract Breach and Default of the terms and

conditions of same;

4. **Any** comment, brief, request, or notice made by an Attorney are statements of counsel in

brief or in argument **are not sufficient to dismiss nor for summary judgment in favor of**

**WRONGDOER, (Who may be misrepresented by Attorneys as a Defendant in a**

**misrepresented complaint that is actually a verified Claim of facts)** nor can a BAR

Attorney represent a registered piece of paper or legal fiction person, corporation, as a

foreign agent, because the Attorney is either a BAR Attorney or a hearsay witness who

complains. The only victim that has been harmed and INJURED is me, David Alan Davis, a

harmed and injured living human man on dry land in the State of Illinois under Common

Law in CLAIM of INJURY, the common law court of record PROSECUTOR (Not a Pro Se

nor Plaintiff), in claim of facts, **(FRCP Rule 8 Remedy)** as a competent witness and not

mere allegations of complaints. **(Trinsey v. Pagliaro)** D.C. Pa. **1964**, 229 F. Supp. 647, a

superior United States Supreme Court Case.


COPY

5. The only competent witness that has provided supported and established material facts as evidence that would be admissible as positive evidence at trial is me, :By:**David Alan Davis:** a harmed and injured living human man on dry land, in the State of Illinois under Common Law in CLAIM of INJURY, the PROSECUTOR (Not a Pro Se nor Plaintiff);

6. The WRONGDOER Claimant has not provided documented nor verified evidence of any actual debt or obligation to pay or of any claimed debt payments owed by me, :By; **David Alan Davis:** a harmed and injured living human man on dry land, in the State of Illinois under Common Law Court of Record in CLAIM of INJURY as the PROSECUTOR (Not a Pro Se nor Plaintiff);

7. It is not now nor has it ever been my, :By; David Alan Davis: a harmed and injured living human man on dry land, in the State of Illinois under Common Law in CLAIM of injury, intention to avoid payment of any verified debt obligation that me, :By;David Alan Davis: a harmed living human man on land, in the State of Illinois under Common Law in a verified CLAIM the PROSECUTOR lawfully owes;

8. The Breach and Default of the **Credit Agreement Payoff Security TERMS AND CONDITIONS** did and does harm and injury to me **Credit Agreement Payoff Security Legal Credit Agreement Contract NOTE Property;**

9. The commencement of the wrong, injury, and harm began on **December 13, 2019**, when contract terms and conditions were breached and defaulted;

10. The wrong, injury, and harm continues to this day;

11. **Any** comment, brief, request, or notice made by an Attorney are statements of counsel in brief or in argument <u>are not sufficient to dismiss nor for summary judgment in favor of WRONGDOER,</u> **(Who may be misrepresented by Attorneys as a Defendant in a misrepresented complaint that is actually a verified claim of facts)** nor can a BAR Attorney represent a registered piece of paper or legal fiction person, corporation, as a foreign agent, because the Attorney is <u>either a BAR Attorney or a hearsay witness who complains.</u> The only victim that has been harmed and INJURED is me, :David Alan Davis: a harmed and injured living human man on land, in the State of Illinois under Common Law in



CLAIM of INJURY and  PROSECUTOR (Not a Pro Se nor Plaintiff), in claim of facts,

**(FRCP Rule 8 Remedy)** as a competent witness and not mere allegations of complaints.

**(Trinsey v. Pagliaro)** D.C. Pa. **1964,** 229 F. Supp. 647, a superior United States Supreme

Court Case.

12.  me, :By: David Alan Davis: a harmed and injured living human man on dry land, in the

State of Illinois under this Common Law Court of Record in CLAIM of INJURY, the

PROSECUTOR (Not a Pro Se nor Plaintiff), requires compensation for the initial and

continual trespass upon my **Credit Agreement Payoff Security NOTE Property;**

compensation due: A Release / Satisfaction / Discharge of both mortgage lien and note

unverified debt and $550,000.00 if in State Circuit Court of Marshall County; If Federal

Court rules, the compensation is $5,000,000.00 Lawful Money.

13.  Original Blue inked Signed **Mortgage Credit Agreement Payoff Security NOTE**

**Property** returned to me, :By: David Alan Davis: a harmed and injured living human man on

dry land, in the State of Illinois under Common Law Court of Record in CLAIM of INJURY

who is the common law court of record PROSECUTOR (Not a Pro Se nor Plaintiff), for

verification through the court;

**14.** me, :By: David Alan Davis: a harmed and injured living human man on dry land, in the

State of Illinois under Common Law Court of Record in CLAIM of injury and

PROSECUTOR have not received any verified document nor bill that states that any money

is owed as claimed by WRONGDOERS;

15.  me, :By :David Alan Davis: a harmed and injured living human man on dry land, in the

State of Illinois under Common Law Court of Record in CLAIM, the PROSECUTOR

continues paying the alleged monthly payments, with objection that debt is already satisfied

as of December 13, 2019 upon WRONGDOER's acceptance of full payment with a

negotiable security instrument asset and money, and **Credit Agreement Payoff Security** that

was intentionally and fraudulently breached and defaulted by WRONGDOER.

16. WRONGDOER's threats of foreclosure and bad credit rating with credit bureaus, but not

because any verified debt or actual loan is owed, me, :By: David Alan Davis: a harmed and



injured living human man on dry land, in the State of Illinois under Common Law Court of Record in CLAIM and Injury, the PROSECUTOR'S alleged and presumed unverified debt payments are current;

17.   me, :By: David Alan Davis: a harmed and injured living human man on dry land, in the State of Illinois under Common Law Court of Record in CLAIM, the PROSECUTOR have tendered and satisfied the obligation to pay upon WRONGDOER's legally receiving and accepting the new **Credit Agreement Payoff Security NOTE Property** Money and asset with full settlement and discharge of claimed debt simple bilateral contract. Proof of facts and injury has been submitted to this court of record;

18.   **Any** comment, brief, request, or notice made by an Attorney are statements of counsel in brief or in argument **are not sufficient to dismiss nor for summary judgment in favor of WRONGDOER, (Who may be misrepresented by Attorneys as a Defendant in a misrepresented complaint that is actually a verified claim of facts)** nor can a BAR Attorney represent a registered piece of paper or legal fiction person, corporation, as a foreign agent, because the Attorney is either a BAR Attorney or a hearsay witness who complains. The only victim that has been harmed and INJURED me, :David Alan Davis: a harmed and injured living human man on land, in the State of Illinois under Common Law in CLAIM of INJURY and  PROSECUTOR (Not a Pro Se nor Plaintiff), in claim of facts, **(FRCP Rule 8 Remedy)** as a competent witness and not mere allegations of complaints. **(Trinsey v. Pagliaro)** D.C. Pa. **1964**, 229 F. Supp. 647, a superior United States Supreme Court Case.

19.   WRONGDOER Breached and Defaulted the Terms and Conditions of WRONGDOER's new, received, and accepted **Credit Agreement Payoff Security NOTE Property**. Proof of facts has been submitted to this court;

20. It is the belief of actual facts, not mere allegations of complaints are determinate of issued jurisdiction;

21. No Demanded Trial By Jury in a court of record is to be issued with the belief that prosecutor is a Foreign BAR Schooled Attorney; and



22.  me, :By: David Alan Davis: a harmed and injured living human man on dry land, in the

State of Illinois under Common Law Courts of Record in CLAIM of INJURY and the

PROSECUTOR (Not a Pro Se nor Plaintiff), in claim of facts, a lawful request of an

inviolate 'court of record'; 'common law trial by jury' is demanded in the initial filing of this

law suit. This lawful request of an inviolate 'court of record'; 'common law trial by jury' is

still **DEMANDED** under DUE PROCESS and me, :David Alan Davis: a harmed and injured

living human man on land, in the State of Illinois under Common Law in CLAIM of

INJURY and the PROSECUTOR'S (Not a Pro Se nor Plaintiff), Right Preserved under GOD;

man-made Law; man-made Color of Law; Federal and state original Constitutions; and all

Judges', oaths of office under the public trust and as public servants.

Sincerely,

By:

:By: David Alan Davis:, Jus soli, a harmed and injured living human man on dry land in the
State of Illinois under Common Law Court of Record in CLAIM, and common law non-
Attorney PROSECUTOR. All offers accepted pursuant to **40 Stat 411 Section (7) (e)**.

Witness _Rebecca L. Schlosser_     Witness _Ashley Allen_

Printed Name _Rebecca L. Schlosser_ Printed Name _Ashley Allen_

## JURAT AND OATH

state of Illinois        )
County of Marshall    ) ss

_Eric Lynn Olson_     Signature of Notary Public,

ERIN LYNN OLSON
"OFFICIAL SEAL"
My Commission Expires
March 26, 2020

Appointed By the Secretary of State of Illinois for four-year terms.
**VOID where prohibited by Law. All offers accepted pursuant to 40 Stat 411 Section
(7) (e) and 50 USC §4305 (b) (2).**

The above noted Certifying NOTARY PUBLIC is not an attorney licensed to practice law in any State
and has not given legal advice or accepted fees for legal advice; provided any assistance in the
preparation of the above referenced document; nor has any interest in any issue referenced therein.
The above noted Certified NOTARY PUBLIC is NOT a party to this action and is ONLY acting in an
authorized capacity, requested as a third-party witness to CERTIFY the signature(s) indicated herein, in
accordance with Notary Protest, which is a Law of the Sea and Maritime Admiralty law
CONCERNING A SECURITY INSTRUMENT, PROMISSORY NOTE, or Bill of Exchange Bankers
Note. The Certifying NOTARY is an independent contractor and is not a party to this claim. In fact, the
**Certifying NOTARY is a Federal Witness**, pursuant to U.S.C. TITLE 18, PART I, CHAPTER 73,
sec. 1512 – Tampering with a witness, victim, or an informant. The Certifying NOTARY also **performs
the functions of a Quasi-Postal Inspector** under the Homeland Security Act by being compelled to
report any violations of the U.S. Postal Regulations as an Officer of the Executive Department of the
UNITED STATES Government. The Noted Certifying NOTARY is a **State Official; Officer of the
Court; and a Deputy Secretary of State, Appointed and Commissioned by the State Governor,**



with Representative Authority to issue Notary Protest Certificates of Default and Summary Judgment under the **Administrative Procedure Act of 1946**, and, thereby, authorized to issue a Notary Protest on Negotiable Security Instruments, Promissory Notes, bills of exchange, Bankers Note, Stocks, and Bonds.

WARNING THIS SECURITY HAS SECURITY FEATURES IN THIS PAPER

THIS SECURITY IS A LEGAL
TENDER AT FACE VALUE FOR ALL
DEBTS PUBLIC AND PRIVATE

COPY

FILED
CIRCUIT COURT MARSHALL COUNTY, IL
Money Date 1/16/2020 11:46 AM
TTLE 12 U.S.C § 412
GINA M. NOE
CLERK OF THE CIRCUIT COURT

CERTIFIED

# NEGOTIABLE SECURITY No.: 000016873

Legally Tendered in terms of the Negotiable Instruments Act; TENDER ACT: Public Law 73-10, Chapter 48 Stat §112; U.C.C. Article 3-§414, 3-§501, and 3-§603; 31 U.S.C. §5118 (d)(2); 31 U.S.C.§463, Public Law 97-258; U.C.C. Article 4 §302; 12 U.S.C. §411; Securities Act §2(1), 3(a)(3); Congressional Banking Statutes, Title 62; 31 U.S.C. §5312; U.C.C. 2-§304; 12 USC §1813 (L); Public Policy; U.C.C. Article 8, Ruling Security Law; Federal Reserve Act §16; settlement in terms of the United States Supreme Court; and United Nations UNCITRAL Convention Treaty. All offers are accepted for honor pursuant to 40 Stat §411, Section 7(e)

This Security was Issued from:   AMOUNT: $75,000.00
CITY OF Lacon                    AMOUNT: SEVENTY FIVE THOUSAND UNITED STATES
Illinois state AM/USA            SECURITY DOLLARS ***USD***
DATE: 13 November 2019

U.C.C. Commercial Registry Security Instrument under SEC RULES; Registered number: 190043745619

## THIS CERTIFIES THAT:

I, DAVID ALAN DAVIS, Registered Private Banker, with Debt Account Number: 0478247779, hereby obligated to **Pay to the Order** of GINNIE MAE, U.S. TREASURY, FIRST MID BANK & TRUST, N.A. OR WELLS FARGO HOME MORTGAGE, CREDITOR, INVESTOR, Bearer, Agent, Employee Representative, Assign, or NOTE Holder in due course, WITHOUT RECOURSE, with zero interest, the full amount specified by this CREDIT AGREEMENT PAYOFF SECURITY INSTRUMENT; COLLATERAL FOR DEPOSIT; SECURITY; PROVISIONAL SETTLEMENT; MONEY; AS GOOD AS AVAL; SET OFF OF CLAIMED DEBT; ACCOUNT CLOSURE; FOR VALUE RECEIVED; "seen"; "A+ Security"; "CONSUMER PURCHASE"; "ESTATE REDEMPTION FUNDS ASSETS TRANSFER"

## TERMS AND CONDITIONS

The final claimed Debt or Assessed Tax Payoff will be made from the account of and the obligations of the United States 18 U.S.C. §8 and a full acquittance and discharge for all purposes of the obligation of the Debtor/Borrower by the U.S. Treasury Alien Property Custodian; 40 Stat 111, §7(e); 50 U.S.C. §4305(b)(2); 12 CFR §201.108, §229.2, and §210.2; 31 USC §9303; §5312(2)(C), §3302, §3123; UCC 3-§402, §603, §411; 12 USC 1813; for full settlement to that part of the public debt due its Principals and Sureties as full consideration claimed debt account closure. Final payment or payoff with no prepayment penalty with all rights reserved shall be collected after communication, acceptance, or rejection by Assignee, Investor, Bearer, Holder, or Owner when the set off final debt or tax assessment payoff obligation has been fulfilled. This legal Credit Agreement payoff credit agreement, payoff, counter offer, release, satisfaction, set off, note, full acquittance, discharge, and account closure of original claimed debt constitutes a valid credit agreement payoff discharge between the parties via U.S. Treasury Alien Property Custodian; nullifies and voids original claimed debt agreement as tendered payment or credit to claimant's agent/employee via U.S. Treasury representing claimant upon any communication. **Failure to** follow these terms and conditions, assignee, claimant, investor, bearer, or holder has accepted this Legal Credit Agreement Payoff Commercially Registered Security as full settlement, discharge, set off, closure of claimed debt account to be collected from U.S. Treasury Alien Property Custodian or Must be Deposited in a Depository Bank per UCC 3-§310. To obtain full credit, only process via the TREASURY DEPARTMENT Alien Property Custodian. All offers are accepted pursuant to 40 Stat 411, §7(e); 50 U.S.C. §4305(b)(2); 12 CFR 201.108; 31 USC §9303, §5312(2)(C), §3302, §3123; UCC 3-§402, §603, §411; Tacit Procuration; FRCP Rule 8; TENDER ACT; U.C.C. STATUTES; Banking Laws; 8 STAT §80; Administrative Procedure Act of 1946; and agent bilateral contracted security acceptance debt discharge signature; written or verbal refusal of legally tendered security payoff when "seen". The final payment/payoff is to be collected by Assignee, Claimant, Investor, or Holder from U.S Treasury Alien Property Custodian. Maker hereby grants permission of this securitized tendered Commercially Registered Negotiable Security Instrument that shall be used as collateral for collection to eliminate/terminate/discharge claimed debt or assessed tax, to be used by Assignee, Claimant, Investor, Holder for claimed debt or assessed tax payoff, on whereas such non-return; return; sold; monetization; deposit; agent/employee acceptance; UPU stamped certified mailed, physical presentment; communication; insurance payment of debt; foreclosure; Treasury credit; IRS Credit; taxes; agent/employee refusal, oral or written; trade; sale; hold; destroy; lost; or assigned shall immediately legally void and terminate the Lender/Holder/ Claimant/Investor original claimed debt lien security documents or tax assessments and Borrower; one of the People, 8 Stat §80, payment obligations herein shall be satisfied; released; cancelled; discharged; full acquittance; and suspended with permanent account closure.

Medallion Securitized Security
Signature Transfer Stamp
NEGOTIABLE SECURITY INSTRUMENT
ISSUED by Private Bankers Bank, N.A.O

Autograph DAVID ALAN DAVIS
Without Recourse; 40 Stat §411, §7(e); 50 U.S.C. §4305

This Back Securitized,
Monetized and Verified
Security Instrument is
Signed in Blue Ink.

JURAT AND OATH

Illinois state
Marshall County
Sworn to (or affirmed) and subscribed before me this 12 day of December, 20 19, by DAVID ALAN DAVIS who swore to me on the basis of satisfactory evidence to be one of the people, whose name is subscribed this legal instrument that he/she executed the same in his/her authorized capacity, and that by his/her autograph as one of the people, has officially acted and executed.

Signature _____  Notary Name: Erin Lynn Olson  Notary

ERIN LYNN OLSON
"OFFICIAL SEAL"
My Commission Expires
March 26, 2020

Personally Known _____ OR Produced Identification _____ Type of Identification Produced _____

VOID WHERE PROHIBITED BY LAW. All offers are accepted for honor pursuant to 40 Stat §411, §7(e); 50 U.S.C. §4305(b)(2)

This Negotiable ARTICLES III and VIII SECURITY INSTRUMENT, LEGAL TENDER and U.S. CURRENCY being presented by this registered Private Banker is full settlement, discharge, set off, and Debt Account Closure of all claimed debts and credit agreements per U.C.C. §1813(L), §26, Seventh; 31 U.S.C. §463, §5103, §5118(d)(2), §5312; Public Law 97-258; 18 U.S.C. §8; 18 U.S. Code §1101-146½ UCCH; TENDER ACT: 40 Stat §411, §7(e); 50 U.S.C. §4305(b)(2); and FEDERAL RESERVE ACT §16.

CERTIFIED TO BE A TRUE &
EXACT COPY OF ORIGINAL

FORM 7 – Legal Documents Processor – DG Processing Enterprise, a DAY GLOBAL Company – License 2018063850

COPY

Pay To The Order Of THE U.S. TREASURY In Care of Alien Property Custodian
For Account and Obligations of THE UNITED STATES Pursuant to Law
Charge the same to
DAVID ALAN DAVIS: ESTATE

For Credit, U.C.C. 1-§103.6; WITHOUT RECOURSE
By;

All offers accepted for honor pursuant to **40 Stat §411, Section 7(e) No person shall be held liable in any court** for or in respect to anything done or omitted in pursuance of any order, rule, or regulation made by the President **under the authority of this Act** [sections 1 to 6, 7 to 39, and 41 to 44 of this Appendix]. Any **payment, conveyance, transfer, assignment, or delivery** of money or **property made to the alien property custodian** hereunder **shall be a full acquittance and discharge** for all purposes of the obligation of the person making the same to the extent of same. **50 U.S.C. §4305 (b)(2)** Any **payment, conveyance, transfer, assignment, or delivery of property** or interest therein, **made to or for the account of the United States**, or as otherwise directed, pursuant to this subdivision or any rule, regulation, instruction, or direction issued hereunder **shall to the extent thereof be a full acquittance and discharge** for all purposes **of the obligation of the person making the same**; and **no person shall be held liable in any court** for or in respect to anything done or omitted in good faith in connection with the administration of, or in pursuance of and in reliance on, this subdivision, or any rule, regulation, instruction, or direction issued hereunder.

PBB81-3475553     PBB81-3475553
**FOR COLLECTION ONLY**
UNDER ACCOUNT AND OBLIGATIONS OF THE UNITED STATES
40 STAT 1, H.R. 1491, PUBLIC LAW 73-1
EMERGENCY BANKING RELIEF ACT, MARCH 9, 1933 TITLE IV § 401:
FEDERAL RESERVE ACT § 18. SECTION 6
PAY TO THE ORDER OF
**WELLS FARGO BANK, N.A.**
ALL PRIOR ENDORSEMENTS GUARANTEED
PRIVATE BANKERS BANK, N.A. IN EXCLUSIVE COMMON LAW
Florida republic, U.S.A. Land Area



**WITHOUT PREJUDICE LIEN RELEASE**

When Recorded Return To: DAVID ALAN DAVIS
508 North Center Street
Lacon, Illinois 61540

TO: ADETOKUNBO LOFINMAKIN, CFO; "HEAD OF THE COLLECTION DEPARTMENT"; AGENT; CREDITOR; TRUST; AUTHORIZED REPRESENTATIVE; SERVISER; OR AGENT EMPLOYEE FOR INVESTOR GINNIE MAE
425 3rd Street, SW, Suite 500
Washington, DC 20024

13 November 2019

Dear ADETOKUNBO LOFINMAKIN, CFO; "HEAD OF THE COLLECTION DEPARTMENT"; AGENT; CREDITOR; TRUST; AUTHORIZED REPRESENTATIVE; SERVISER; OR AGENT EMPLOYEE FOR INVESTOR GINNIE MAE :

Find enclosed U.C.C. Articles 3 and 8 negotiable security agreement, accepted Credit Agreement Payoff, Discharge, Release, Full Settlement and account closure of claimed lien debt, Legally Tendered (Serial No. 000016873) Bank Money, **Title 12 U.S.C. §1813(l.), §95(a)(2), §112, 1962 Nunc pro Tunc , Title 12 U.S.C. §24 Seventh , and Federal Reserve Act §16.,** In consideration for full payment of the claimed debt evidenced by the ORIGINAL Government Entity or Lender security agreement debt promissory note and security lien contract property dated *March 31, 2014,* which set out terms of repayment of the alleged ORIGINAL security credit loan in the ORIGINAL presumed loaned amount of $ *77,075.00*, **DEBT ACCOUNT NO. 0478247729, Title 31 U.S.C. §5118(d)(2), 31 U.S.C.A., §463, Tender Act, and Public Law 97-258 states debts can be paid with Security Notes, with all offers being accepted for honor pursuant to 40 Stat §411, Section 7(e) applies** to any Government Entity or bank note or Security holder, GINNIE MAE, U.S. TREASURY, FIRST MID BANK & TRUST, N.A,,OR WELLS FARGO HOME MORTGAGE, note holder, releases, satifies, discharges, and cancels with full settlement and account closure, DAVID ALAN DAVIS; the alleged Borrower, from any claims or payment obligations on the discharged and cancelled account of this tax debt or original preseumed note and debt lien security. DEBT, TAX, and/or Note holder intends that this new Credit Agreement Payoff Security releases, satisfies, and cancels the claimed Debt, tax, NOTE and/or Lien Security, legally binds and benefit both note holder/owner/tax assessor, and any/all successors through securitization and/or monetization of Borrower/Beneficiary/General Executor ESTATE/TRUST signature.

Sincerely,
In pure truth, all rights reserved without prejudice
U.C.C. Article ) Remedy At Law.

BY: _____, WITHOUT PREJUDICE
DAVID ALAN DAVIS (unlimited)
(Non Assumpsit) All offers are accepted for honor pursuant to 40 Stat §411, Section 7(e); 50 U.S.C §4305 (b)(2)

## JURAT AND OATH

Illinois state
**Marshall County**
    Sworn to (or affirmed) and subscribed before me this 12 day of December, 20 19, by **DAVID ALAN DAVIS**, who proved to me on the basis of satisfactory evidence to be one of the people, whose name is subscribed this legal instrument that he/she executed the same in his/her authorized capacity, and that by his/her autograph as one of the people, has officially acted and executed.

_____ Official Signature of Notary Public
VOID WHERE PROHIBITED BY LAW. All offers accepted for honor Via 40 Stat 411, Section 7(e); 50 U.S.C §4305 (b)(2).

ERIN LYNN OLSON
"OFFICIAL SEAL"
My Commission Expires
March 26, 2020

NOTE: The above noted Certified NOTARY PUBLIC is not an attorney licensed to practice law in any State and has not given legal advice or accepted fees for legal advice; provided any assistance in the preparation of the above referenced document; nor has any interest in any issue referenced therein. The above noted Certified NOTARY PUBLIC is NOT a party to this action and is ONLY acting in an authorized capacity, requested as a third-party witness to CERTIFY the signature(s) indicated herein, in accordance with Notary Protest, which is a Law of the Sea and Maritime Admiralty law CONCERNING A SECURITY INSTRUMENT, PROMISSORY NOTE, or Bill of Exchange Bankers Note. The Certifying NOTARY is an independent contractor and is not a party to this claim. In fact, the Certifying NOTARY is a Federal Witness, pursuant to U.S.C. TITLE 18, PART I, CHAPTER 73, sec. 1512 – Tampering with a witness, victim, or an informant. The Certifying NOTARY also performs the functions of a Quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal Regulations as an Officer of the Executive Department of the UNITED STATES Government. The Noted Certifying NOTARY is a State Official; Officer of the Court; and a Deputy Secretary of State, Appointed and Commissioned by the State Governor, with Representative Authority to issue Notary Protest Certificates of Default and Summary Judgment under the Administrative Procedure Act of 1946, and; thereby, authorized to issue a Notary Protest and Certify Legally Processed Negotiable Security Instruments, Promissory Notes, Bills of Exchange, Bankers Notes, Stocks, and Bonds from a legally licensed document processing company.

**All monies paid in lawful U.S. coin money per 12 USC §411, §95(a)(2), §112, 1962 Nunc pro Tunc, FEDERAL RESERVE ACT §16. All offers accepted for honor per to 40 Stat §411, Sec. 7(e); 50 U.S.C §4305 (b)(2).**

CERTIFIED TO BE A TRUE &
EXACT COPY OF ORIGINAL
_____

UCC FINANCING STATEMENT 
FOLLOW INSTRUCTIONS

FILED
CIRCUIT COURT MARSHALL COUNTY, IL
Date: 1/16/2020 11:46 AM
GINA M. NOE
CLERK OF THE CIRCUIT COURT

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
David Alan Davis 3092530102

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
David Alan Davis
508 N Center St
Lacon, IL 61540-61540
USA

**FILING NUMBER:** 19-0043745619
**FILING DATE:** 11/19/2019     02:22 PM
**DOCUMENT NUMBER:** 928003740003
**FILED: Texas Secretary of State**
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME - Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | **DAVID ALAN DAVIS, ESTATE** | | | |
| | 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **508 N CENTER STREET** | Lacon | IL | 61540 | USA |

2. DEBTOR'S NAME - Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | | | | |
| | 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY) - Provide only one Secured Party name (3a or 3b)

| | 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | | | | |
| | 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | **Davis** | **David** | **A** | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **508 N CENTER STREET** | Lacon | **IL** | **61540-61540** | **USA** |

4. COLLATERAL: This financing statement covers the following collateral:
DEBTOR OF RECORD HEREIN ENTERS INTO THE COMMERCIAL REGISTRY this COLLATERAL
DEPOSIT to be REGISTERED: as a SECURITY and upgrading Credit Agreement, Serial
Number 000016873, for $75,000.00 an official registered security under Rule 35
of the Securities Exchange Commission, Legal Tender, U.S. Currency, and Money
pursuant to Federal Reserve Act, ☐16; TENDER ACT; Title 12 U.S.C. ☐411; and
legal definitions of Law as lawful money and legal tender to pay or discharge
all debts both private and public in compliance with U.C.C., Banking Laws, and
SECURITY EXCHANGE COMMISSION, SEC Statutes pursuant to Public Law and Policy and
shall pay off the Registered Debt Mortgage Debt Lien Release Security and
Mortgage NOTE Account No. 0478247729 as legal form of bank money. This CAP
Security Instrument, serial Number 000016873 is to be assigned to the United
States TREASURY Alien Property Custodian to be paid or credited as an Obligation
and Security for payment of the United States 18 U.S. Code ☐8, now discharges
the debt. This WITHOUT PREJUDICE Credit Lien Satisfaction and Release Security
Instrument Legal Document is used pursuant to law to Release, Satisfy, Set Off,
and Closure of the claimed debt Account No. 0478247729. The commercial
registered Credit Payoff Agreement Security Instrument NOTE, and Security Lien
Release document shall be commercially registered with this UCC1 filing and
issued upon registry of NEGOTIABLE SECURITY INSTRUMENT serial No. 000016873 into
the Commercial Registry pursuant to the SEC Rules with Financing Statement

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

page 2 **COPY**

**UCC FINANCING STATEMENT ADDENDUM**
**FOLLOW INSTRUCTIONS**

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

| | 9a. ORGANIZATION'S NAME |
|---|---|
| OR | **DAVID ALAN DAVIS, ESTATE** |
| | 9b. INDIVIDUAL'S SURNAME |
| | FIRST PERSONAL NAME |
| | ADDITIONAL NAME(S)/INITIAL(S) / SUFFIX |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| | 10a. ORGANIZATION'S NAME |
|---|---|
| OR | 10b. INDIVIDUAL'S SURNAME |
| | INDIVIDUAL'S FIRST PERSONAL NAME |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) / SUFFIX |

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

11. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

| | 11a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral)

Amendment and shall be accepted by the Bank Authorized Agent or Representative Employee for GINNIE MAE; U.S. TREASURY; FIRST MID BANK & TRUST, N.A, OR WELLS FARGO BANK, N.A., under AGENT/Principle relationship, for payment or credit from U.S. Treasury Alien Property Custodian, to legally discharge, close, settle, pay off, set off, with Closure of my claimed debt account No. 0478247729. The Secured Party is a Transmitting Utility by definition of law. All offers are accepted for honor pursuant to 40 Stat ☐411, Section 7(e) and 50 USC ☐4305(b)(2).

13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT ☐covers timber to be cut ☐covers as-extracted collateral ☐is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS:

FILING OFFICE COPY

UCC FINANCING STATEMENT 
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
David Alan Davis 3092530102

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
David Alan Davis
508 N Center St
Lacon, IL 61540-61540
USA

**FILING NUMBER: 19-0043745619**
FILING DATE: 11/19/2019    02:22 PM
DOCUMENT NUMBER: 928003740003
FILED: Texas Secretary of State
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME - Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| DAVID ALAN DAVIS, ESTATE | | | |

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 508 N CENTER STREET | Lacon | IL | 61540 | USA |

2. DEBTOR'S NAME - Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY) - Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| Davis | David | A | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 508 N CENTER STREET | Lacon | IL | 61540-61540 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
DEBTOR OF RECORD HEREIN ENTERS INTO THE COMMERCIAL REGISTRY this COLLATERAL
DEPOSIT to be REGISTERED: as a SECURITY and upgrading Credit Agreement, Serial
Number 000016873, for $75,000.00 an official registered security under Rule 35
of the Securities Exchange Commission, Legal Tender, U.S. Currency, and Money
pursuant to Federal Reserve Act, ☐16; TENDER ACT; Title 12 U.S.C. ☐411; and
legal definitions of Law as lawful money and legal tender to pay or discharge
all debts both private and public in compliance with U.C.C., Banking Laws, and
SECURITY EXCHANGE COMMISSION, SEC Statutes pursuant to Public Law and Policy and
shall pay off the Registered Debt Mortgage Debt Lien Release Security and
Mortgage NOTE Account No. 0478247729 as legal form of bank money. This CAP
Security Instrument, serial Number 000016873 is to be assigned to the United
States TREASURY Alien Property Custodian to be paid or credited as an Obligation
and Security for payment of the United States 18 U.S. Code ☐8, now discharges
the debt. This WITHOUT PREJUDICE Credit Lien Satisfaction and Release Security
Instrument Legal Document is used pursuant to law to Release, Satisfy, Set Off,
and Closure of the claimed debt Account No. 0478247729. The commercial
registered Credit Payoff Agreement Security Instrument NOTE, and Security Lien
Release document shall be commercially registered with this UCC1 filing and
issued upon registry of NEGOTIABLE SECURITY INSTRUMENT serial No. 000016873 into
the Commercial Registry pursuant to the SEC Rules with Financing Statement

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box.
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

page 2   **COPY**

UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

9: NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

| | |
|---|---|
| OR | 9a. ORGANIZATION'S NAME |
| | **DAVID ALAN DAVIS, ESTATE** |
| | 9b. INDIVIDUAL'S SURNAME |
| | FIRST PERSONAL NAME |
| | ADDITIONAL NAME(S)/INITIAL(S)          SUFFIX |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| | |
|---|---|
| OR | 10a. ORGANIZATION'S NAME |
| | 10b. INDIVIDUAL'S SURNAME |
| | INDIVIDUAL'S FIRST PERSONAL NAME |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)          SUFFIX |

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

11. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

| | |
|---|---|
| OR | 11a. ORGANIZATION'S NAME |

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral)

Amendment and shall be accepted by the Bank Authorized Agent or Representative Employee for GINNIE MAE; U.S. TREASURY; FIRST MID BANK & TRUST, N.A, OR WELLS FARGO BANK, N.A., under AGENT/Principle relationship, for payment or credit from U.S. Treasury Alien Property Custodian, to legally discharge, close, settle, pay off, set off, with Closure of my claimed debt account No. 0478247729. The Secured Party is a Transmitting Utility by definition of law. All offers are accepted for honor pursuant to 40 Stat ☐411, Section 7(e) and 50 USC ☐4305(b)(2).

13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT ☐ covers timber to be cut ☐ covers as-extracted collateral ☐ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS:

FILING OFFICE COPY

INFORMATION 
**FOLLOW INSTRUCTIONS**

| **A. NAME & PHONE OF CONTACT AT REQUESTOR (optional)** |
| David Alan Davis 3092530102 |

**B. E-MAIL CONTACT AT FILER (optional)**
david.a.davis777@gmail.com

**C. RETURN TO: (Name and Address)**
David Alan Davis
508 N Center St
Lacon, IL 61540-61540
USA

**DOCUMENT NUMBER:** 931939420003
**ORDER DATE:** 12/12/2019     06:05 PM
**IMAGE GENERATED ELECTRONICALLY FOR WEB ORDER**
**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. **DEBTOR'S NAME** to be searched: Provide only <u>one</u> Debtor name (1a or 1b) (use exact full name; do not omit, modify or abbreviate any part of the Debtor's name)

**OR**

1a. ORGANIZATION'S NAME

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

2. **INFORMATION OPTIONS** relating to UCC filings and other notices on file in the filing office that include the Debtor name identified in item 1:

2a.☐ **LISTING RELATING TO DEBTOR AT SPECIFIED CITY AND STATE ONLY** - Filing office requested to furnish a search report listing all financing statements, related records, and other notices on file in filing office that include the Debtor's name identified in item 1 and show that Debtor's address in the city, state, and country indicated here:

| CITY | STATE | COUNTRY |
|---|---|---|
| | | |

2b.☐ **INFORMATION REQUEST RESPONSE WITH FULL COPIES (CERTIFIED)** - Filing office requested to furnish a search report listing all financing statements, related records, and other notices, showing date and time of filing and name and address of each Secured Party named therein, and also furnish an exact CERTIFIED COPY of ALL reported records (including all attachments)

2c.☐ **INFORMATION REQUEST RESPONSE WITHOUT COPIES** - Filing office requested to furnish a search report (as described in 2b) listing all reported records, but to furnish NO COPIES of reported records

2d.☐ **INFORMATION REQUEST RESPONSE WITH PARTIAL COPIES (CERTIFIED)** - Filing office requested to furnish a search report (as described in 2b) and also to furnish an exact CERTIFIED COPY of the FIRST PAGE ONLY of all reported records

3.☑ **SPECIFIED COPIES ONLY** - Filing office requested to furnish an exact copy of each page of the financing statements, related records, and other notices (including all attachments) that are identified below by record number. Certain filing offices require additional identifying information - please complete if required

☑ **CERTIFIED COPY REQUEST** - Filing office requested to furnish CERTIFIED copies per request indicated in this item 3

| Record Number | Date Record Filed (if required) | Type of Record and Additional Identifying Information (if required) |
|---|---|---|
| 19-00450389 | | |
| 19-0043745619 | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

4.☐ **LISTING RELATING TO SECURED PARTY** - Filing office requested to furnish a search report listing all financing statements, related records, and other notices (regardless of Debtor name) on file in filing office that include the Secured Party's name identified in item 4a or 4b. If a specified city, state, and country is being requested (optional), show that Secured Party's address in item 4c

**OR**

4a. ORGANIZATION'S NAME

| 4b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 4c. CITY | STATE | COUNTRY |
|---|---|---|
| | | |

5. DELIVERY INSTRUCTIONS (request will be filled by mail to address shown in item C unless otherwise instructed here):

5a.☐ FAX Delivery - Filing office requested to fax results of this Information Request to fax number indicated <u>here</u>:
5b.☐ Pick Up
5c.☐ Other

**FILING OFFICE COPY**



**COPY**

Uniform Commercial Code
P.O. Box 13193
Austin, Texas 78711-3193



Ruth R. Hughs
Secretary of State

## Office of the Secretary of State
**Packing Slip**

December 13, 2019
Page 1 of 1

Attn: David Alan Davis
David Alan Davis
508 N Center St
Lacon, IL 61540- 61540

Batch Number: **93193942**

Client ID: **733342002**

Batch Date: **12-12-2019**

Return Method: **Email**

| Document Number | Document Detail | Number / Name | Page Count | Fee |
|---|---|---|---|---|
| 931939420002 | **Filing Number Web Inquiry** | **19-0043745619** | | **$0.00** |
| 931939420003 | **Request for Copies of Filings Specified by Filing Number** | **19-0043745619** | 2 | **$2.00** |
| 931939420003 | **Request for Copies of Filings Specified by Filing Number** | **19-00450389** | 2 | **$2.00** |
| 931939420003 | **Request for Copies of Filings Specified by Filing Number** | **Copy Certification Fee** | | **$15.00** |
| 931939420004 | **Convenience Fee** | | | **$0.51** |

**Total Fees:** $19.51

| Payment Type | Payment Status | Payment Reference | Amount |
|---|---|---|---|
| **Credit Card** | **Accepted** | ************4930 | **$19.51** |

**Total:** $19.51

**Total Amount Charged to Client Account:** $0.00
(Applies to documents or orders where Client Account is the payment method)

*Note to Customers Paying by Client Account:* This is not a bill. Payments to your client account should be based on the monthly statement and not this packing slip. Amounts credited to your client account may be refunded upon request. Refunds (if applicable) will be processed within 10 business days.

User ID: WEBSUBSCRIBER



Uniform Commercial Code
P.O. Box 13193
Austin, Texas 78711-3193



Ruth R. Hughs
Secretary of State

## Office of the Secretary of State

**Texas UNIFORM COMMERCIAL CODE Certified Copy Acknowledgment**

December 12, 2019
Page 1 of 1

Document Number: 931939420003

Images printed on December 12, 2019

The Texas Secretary of State's Office has received and processed your request.

| Filing Number | Filing Type | Page Count |
|---|---|---|
| 19-0043745619 | Financing Statement | 2 |
| 19-00450389 | Assignment | 2 |
| | **Total Pages:** | **4** |

The Secretary of State certifies that the copy(s) being provided here is are true and exact replica of the document filed with this office. The Secretary of State does not certify the legal sufficiency of the substance of the certified copies provided, and disclaims any and all claims or liability arising from, or as a result of the substantiative information provided in the attached copy(s).



Dec 10, 2019
Date of Certification

Ruth R. Hughs
Secretary of State

**UCC FINANCING STATEMENT AMENDMENT**
FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|
| David Alan Davis 3092530102 |

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
David Alan Davis
508 N Center St
Lacon, IL 61540-61549
USA

**FILING NUMBER:** 19-00450389
**FILING DATE:** 11/30/2019    07:44 AM
**DOCUMENT NUMBER:** 929559400003
**FILED: Texas Secretary of State**
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
**19-0043745619**

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of the Secured Party authorizing this Termination Statement

**3.** ☑ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b and address of Assignee in item 7c and also name of Assignor in item 9.
For partial assignment, complete item 7 and 9 and also indicate affected collateral in item 8

**4.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** ☐ **PARTY INFORMATION CHANGE:**
Check one of these two boxes. This Change affects ☐ Debtor or ☐ Secured Party of record. AND Check one of these three boxes to:
☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b.

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

| OR | 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| OR | 7a. ORGANIZATION'S NAME |
|---|---|
| | **DAVID ALAN DAVIS, ESTATE** |

| | 7b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **508 N CENTER STREET** | **LACON** | **IL** | **61540** | **USA** |

**8.** ☑ **COLLATERAL CHANGE:** Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☑ ASSIGN collateral
Indicate collateral:

DEBTOR OF RECORD HEREIN ENTERS INTO THE COMMERCIAL REGISTRY THE FOLLOWING: 1)
ITEMS OF CONTRACT PROPERTY: Assigned; ACCEPTED FOR VALUE;
EXEMPTED FROM LEVY: 2) NEGOTIABLE SECURITY INSTRUMENT PROPERTY, serial #
000016873 FACE VALUE $75,000.00 DATED 13 November 2019.
PAYEE, GINNIE MAE; U.S. TREASURY; FIRST MID BANK & TRUST, N.A, OR WELLS FARGO
BANK, N.A.; MAKER David Alan Davis, DRAWEE GINNIE MAE;
U.S. TREASURY; FIRST MID BANK & TRUST, N.A, OR WELLS FARGO BANK, N.A., U.S.
TREASURY ACCOUNT 346620874 IS DISBURSEMENT OF
REDEMPTION FUNDS ASSETS TRANSFER INTO PAYEE BANK DEBT ACCOUNT NUMBER xxxxxxxxxx,

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| OR | 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | **Davis** | **David** | **A** | |

**10. OPTIONAL FILER REFERENCE DATA:**

page 2 

UCC FINANCING STATEMENT AMENDMENT ADDENDUM

**FOLLOW INSTRUCTIONS**

| | |
|---|---|
| 11. INITIAL FINANCING STATEMENT FILE NUMBER  Same as item 1a on Amendment form | |
| **19-0043745619** | |
| 12. NAME of PARTY AUTHORIZING THIS AMENDMENT Same as item 9 on Amendment form | |

| OR | 12a. ORGANIZATION'S NAME |
|---|---|
| | 12b. INDIVIDUAL'S SURNAME |
| | FIRST PERSONAL NAME |
| | ADDITIONAL NAME(S)/INITIAL(S) |

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

13. Name of DEBTOR on related financing statement (Name of a current Debtor of record required for indexing purposes only in some filing offices - see instruction item 13): Provide only <u>one</u> Debtor name (13a or 13b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); see instructions if name does not fit

| OR | 13a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | 13b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

14. ADDITIONAL SPACE FOR ITEM 8 (Collateral):

NEGOTIABLE CREDIT AGREEMENT PAYOFF CAP SECURITY
INSTRUMENT NOTE Serial NUMBER 000016873 and WITHOUT PREJUDICE Debt Lien Release
and Satisfaction Legal Document TO BE RECEIVED AND ACCEPTED
BY Authorized AGENT or Employee Representative for GINNIE MAE; U.S. TREASURY;
FIRST MID BANK & TRUST, N.A., OR WELLS FARGO BANK, N.A.,on the
account of the United States as the obligation or security of the UNITED STATES
via 18 USC section 8 to be disbursed as cash or credit for the
Bank as property and asset with debt or assessed tax account
being Paid, Set Off, Settled, with Closure of claimed Debt or assessed tax
Account Number xxxxxxxxxx, through the UNITED STATES
TREASURY ALIEN PROPERTY CUSTODIAN for discharge, payment, or credit without
using a check clearinghouse. Maker is a Transmitting Utility
pursuant to law and Policy. All offers are accepted for honor pursuant to 40
Stat section 411, Section 7(e) and 50 USC section 4305(b)(2).
COMMERCIALLY REGISTERED NEGOTIABLE SECURITY INSTRUMENT NOTE # 000016873 FACE
VALUE $75,000.00 DATED 13 November 2019,
HAS BEEN ENDORSED AND ASSIGNED TO the account of the United States as the
obligation or security of the UNITED STATES via 18 USC section 8;
Public Law 73-10, Chapter 48 STAT section 112 and section 113 to be disbursed as
cash or credit thru the Treasury Alien Property Custodian for PAYEE,
GINNIE MAE; U.S. TREASURY; FIRST MID BANK & TRUST, N.A, OR WELLS FARGO BANK,
N.A., TO PAY OFF, SET OFF, SETTLE, DISCHARGE with
closure of debt Account NUMBER xxxxxxxxxx WITH FULL CLOSURE OF CLAIMED DEBT LIEN
OR ASSESSED TAX ACCOUNT NUMBER 0478247729 FOR FULL PAYMENT,
FULL DISCHARGE, FULL RELEASE, FULL SATISFACTION,
FULL SETTLEMENT, PERMANENT SET OFF, AND FULL PERMANENT CLOSURE OF MORTGAGE
PROMISSORY NOTE AND MORTGAGE LIEN SECURITY
CLAIMED DEBT OR ASSESSED TAX ACCOUNT # 0478247729. Maker is a Transmitting
Utility and ESTATE pursuant to law, policy, and legal definitions.
All offers are accepted for honor pursuant to 40 Stat section 411,
Section 7(e) and 50 USC section 4305(b)(2).

| 15. THIS FINANCING STATEMENT AMENDMENT: | 17. Description of real estate: |
|---|---|
| ☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing | |
| 16. Name and address of a RECORD OWNER of real estate described in item 17 (if Debtor does not have a record interest): | |

18. MISCELLANEOUS:

**FILING OFFICE COPY**



Uniform Commercial Code
P.O. Box 13193
Austin, Texas 78711-3193



Ruth R. Hughs
Secretary of State

## Office of the Secretary of State

December 02, 2019
Page 1 of 1

David Alan Davis
Attn:
508 N Center St
Lacon, IL 61540 - 61540

| | |
|---|---:|
| Filing Fee: | $5.00 |
| **Total Filing Fee:** | **$5.00** |

Re: **Texas UCC Amendment Filing Acknowledgment**

—

The Texas Secretary of State's Office has received and filed your document. The information below reflects the data that was indexed into our system.

Initial Filing Type: **Financing Statement**

Amendment Filing Number: **19-00450389**          Initial Filing Number: **19-0043745619**

Filing Date: **11/30/2019**          Filing Time: **7:44 a.m.**          Lapse Date: **11/19/2024**

Document Number: **929559400003**

Amendment Type: **Assignment**

| Party Type | Party Name and Address |
|---|---|
| Secured Party | **DAVID ALAN DAVIS, ESTATE** |

**508 N CENTER STREET, LACON, IL, USA, 61540**

Please feel free to contact us at 512-475-2703 if you have any questions regarding the above information.

User ID:     WEBSUBSCRIBER



COPY

Uniform Commercial Code
P.O. Box 13193
Austin, Texas 78711-3193



Ruth R. Hughs
Secretary of State

## Office of the Secretary of State
**Packing Slip**

December 1, 2019
Page 1 of 1

Attn: David Alan Davis
David Alan Davis
508 N Center St
Lacon, IL 61540- 61540

Batch Number: **92955940**

Client ID: **733342002**

Batch Date: **11-30-2019**

Return Method: **Email**

| Document Number | Document Detail | Number / Name | Page Count | Fee |
|---|---|---|---|---|
| 929559400003 | **Assignment - UCC1 Standard** | 19-00450389 | **0** | $5.00 |
| 929559400004 | **Convenience Fee** | | | $0.14 |
| | | | **Total Fees:** | $5.14 |

| Payment Type | Payment Status | Payment Reference | Amount |
|---|---|---|---|
| **Credit Card** | **Accepted** | ***********4930 | $5.14 |
| | | **Total:** | $5.14 |

**Total Amount Charged to Client Account:** $0.00
(Applies to documents or orders where Client Account is the payment method)

*Note to Customers Paying by Client Account:* This is not a bill. Payments to your client account should be based on the monthly statement and not this packing slip. Amounts credited to your client account may be refunded upon request. Refunds (if applicable) will be processed within 10 business days.

User ID: WEBSUBSCRIBER

 

Uniform Commercial Code
P.O. Box 13193
Austin, Texas 78711-3193

Ruth R. Hughs
Secretary of State

## Office of the Secretary of State

November 19, 2019
Page 1 of 1
Filing Fee:     $5.00

**Total Filing Fee:**     $5.00

David Alan Davis

508 N Center St
Lacon, IL 61540 - 61540

Re: **Texas UCC Initial Filing Acknowledgment**

The Texas Secretary of State's Office has received and filed your document. The information below reflects the data that was indexed into our system.

Initial Filing Type: **Financing Statement**

Initial Filing Number: **19-0043745619**     Filing Date: **11/19/2019**     Filing Time: **2:22 p.m.**

Lapse Date: **11/19/2024**     Document Number: **928003740003**

| Party Type | Party Name and Address |
|---|---|
| Debtor | **DAVID ALAN DAVIS, ESTATE** |
| | **508 N CENTER STREET, LACON, IL, USA, 61540** |
| Secured Party | **DAVIS DAVID A** |
| | **508 N CENTER STREET, LACON, IL, USA, 61540-61540** |

Please feel free to contact us at 512-475-2703 if you have any questions regarding the above information.

User ID: WEBSUBSCRIBER

UCC FINANCING STATEMENT 
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
David Alan Davis 3092530102

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
David Alan Davis
508 N Center St
Lacon, IL 61540-61540
USA

**FILING NUMBER: 19-0043745619**
FILING DATE: 11/19/2019     02:22 PM
DOCUMENT NUMBER: 928003740003
FILED: Texas Secretary of State
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME - Provide only <u>one</u> Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | **DAVID ALAN DAVIS, ESTATE** | | | |
| | 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **508 N CENTER STREET** | Lacon | IL | 61540 | USA |

2. DEBTOR'S NAME - Provide only <u>one</u> Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | | | | |
| | 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY) - Provide only <u>one</u> Secured Party name (3a or 3b)

| | 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | | | | |
| | 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | **Davis** | **David** | **A** | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **508 N CENTER STREET** | Lacon | IL | 61540-61540 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
DEBTOR OF RECORD HEREIN ENTERS INTO THE COMMERCIAL REGISTRY this COLLATERAL
DEPOSIT to be REGISTERED: as a SECURITY and upgrading Credit Agreement, Serial
Number 000016873, for $75,000.00 an official registered security under Rule 35
of the Securities Exchange Commission, Legal Tender, U.S. Currency, and Money
pursuant to Federal Reserve Act, ☐16; TENDER ACT; Title 12 U.S.C. ☐411; and
legal definitions of Law as lawful money and legal tender to pay or discharge
all debts both private and public in compliance with U.C.C., Banking Laws, and
SECURITY EXCHANGE COMMISSION, SEC Statutes pursuant to Public Law and Policy and
shall pay off the Registered Debt Mortgage Debt Lien Release Security and
Mortgage NOTE Account No. 0478247729 as legal form of bank money. This CAP
Security Instrument, serial Number 000016873 is to be assigned to the United
States TREASURY Alien Property Custodian to be paid or credited as an Obligation
and Security for payment of the United States 18 U.S. Code ☐8, now discharges
the debt. This WITHOUT PREJUDICE Credit Lien Satisfaction and Release Security
Instrument Legal Document is used pursuant to law to Release, Satisfy, Set Off,
and Closure of the claimed debt Account No. 0478247729. The commercial
registered Credit Payoff Agreement Security Instrument NOTE, and Security Lien
Release document shall be commercially registered with this UCC1 filing and
issued upon registry of NEGOTIABLE SECURITY INSTRUMENT serial No. 000016873 into
the Commercial Registry pursuant to the SEC Rules with Financing Statement

5. Check <u>only</u> if applicable and check <u>only</u> one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check <u>only</u> if applicable and check <u>only</u> one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check <u>only</u> if applicable and check <u>only</u> one box.
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

page 2   **COPY**

**UCC FINANCING STATEMENT ADDENDUM**
**FOLLOW INSTRUCTIONS**

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

| | |
|---|---|
| OR | 9a. ORGANIZATION'S NAME<br>**DAVID ALAN DAVIS, ESTATE** |
| | 9b. INDIVIDUAL'S SURNAME |
| | FIRST PERSONAL NAME |
| | ADDITIONAL NAME(S)/INITIAL(S)          SUFFIX |

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

10. DEBTOR'S NAME: Provide (10a or 10b) only *one* additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| | |
|---|---|
| OR | 10a. ORGANIZATION'S NAME |
| | 10b. INDIVIDUAL'S SURNAME |
| | INDIVIDUAL'S FIRST PERSONAL NAME |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)          SUFFIX |

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

11. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only *one* name (11a or 11b)

| | |
|---|---|
| OR | 11a. ORGANIZATION'S NAME |
| | 11b. INDIVIDUAL'S SURNAME          FIRST PERSONAL NAME          ADDITIONAL NAME(S)/INITIAL(S)          SUFFIX |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral)

Amendment and shall be accepted by the Bank Authorized Agent or Representative
Employee for GINNIE MAE; U.S. TREASURY; FIRST MID BANK & TRUST, N.A, OR WELLS
FARGO BANK, N.A., under AGENT/Principle relationship, for payment or credit from
U.S. Treasury Alien Property Custodian, to legally discharge, close, settle,
pay off, set off, with Closure of my claimed debt account No. 0478247729. The
Secured Party is a Transmitting Utility by definition of law. All offers are
accepted for honor pursuant to 40 Stat ☐411, Section 7(e) and 50 USC
☐4305(b)(2).

13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT ☐ covers timber to be cut ☐ covers as-extracted collateral ☐ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS:

**FILING OFFICE COPY**