Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **David A. Davis** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case Number: 20-cv-1092 |
| | ) |
| **Wells Fargo Bank, N.A.** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT IN A CIVIL CASE

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED t**hat Plaintiff David A. Davis recovers nothing on his claims against Defendant Wells Fargo Bank, N.A., and that this action is dismissed for failure to prosecute.

**Dated:**   7/31/2020

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court